UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE WATTS, ANTHONY WATTS, and ADAM PIZZITOLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL PERSONAL INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:23-cv-12845-BEM |

## JUDGMENT RE LIBERTY MUTUAL INSURANCE COMPANY

WHEREAS, on April 11, 2025, Liberty Mutual Insurance Company ("LMIC") filed a motion for summary judgment on all claims asserted against LMIC in this action (Counts I through IV) by Plaintiffs Diane Watts, Anthony Watts, and Adam Pizzitola ("Plaintiffs") (Dkt. 84) (the "Summary Judgment Motion").

WHEREAS, on September 5, 2025, this Court entered a Memorandum and Order granting LMIC's Summary Judgment Motion in full (Dkt. 162) (the "Summary Judgment Order");

WHEREAS, the Summary Judgment Motion and the Summary Judgment Order do not address or relate to Plaintiffs' claims against Liberty Mutual Personal Insurance Company;

WHEREAS, to date, although the Court has granted summary judgment in favor of LMIC as to all claims asserted against LMIC, the Court has not yet entered final judgment in favor of LMIC;

WHEREAS, the Parties have stipulated that Plaintiffs will not appeal the Summary Judgment Order, provided Liberty Mutual Insurance Company will bear its own costs and fees;

1

WHEREAS, the Parties have moved jointly for the entry of final judgment in favor of LMIC pursuant to Federal Rule of Civil Procedure 54(b);

WHEREAS, the Parties' above-referenced stipulation and joint motion do not address or relate to Plaintiffs' claims against Liberty Mutual Personal Insurance Company;

WHEREAS, based upon the foregoing, the Court hereby determines in accordance with Federal Rule of Civil Procedure 54(b) that there is no just reason to delay the entry of final judgment in favor of LMIC in this matter;

NOW, THEREFORE, the Court hereby orders that:

1) Judgement is entered in favor of Defendant Liberty Mutual Insurance Company as to all claims asserted against Defendant Liberty Mutual Insurance Company in this action, with Liberty Mutual Insurance Company to bear its own costs and fees pursuant to its above-referenced stipulation with Plaintiffs.

2) Plaintiffs will not appeal the Summary Judgment Order, pursuant to their above-referenced stipulation with Defendant Liberty Mutual Insurance Company.

**So Ordered.**

/s/ *Brian E. Murphy*
Brian E. Murphy
Judge, United States District Court

Dated: November 10, 2025